AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>FISHER, RAYMOND C. | 2. Court or Organization<br><br>U.S. CT. APPEALS - 9th CIRCUIT | 3. Date of Report<br><br>5/21/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination,   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S.COURT OF APPEALS - 9TH CIR<br>125 S. GRAND AVE. #400<br>PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF DIRECTORS | CONSTITUTIONAL RIGHTS FOUNDATION (NONPROFIT), LOS ANGELES, CA |
| 2. MEMBER, BOARD OF DIRECTORS | WESTERN JUSTICE CENTER FOUNDATION (NONPROFIT), PASADENA, CA |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUN -1 A 11: 16 FINANCIAL DISCLOSURE OFFICE

Fisher, Raymond C.

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 5/21/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Jan-Dec 09 | CA STATE TEACHERS RETIREMENT SYSTEM - PENSION |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dept.of Homeland Security | Aug.2-3,2009 | Washington D.C. | Speaker at EOIR Legal Training Conference | Lodging, Meals, Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 5/21/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 5/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIA Card Svcs NA RASP | A | Dividend | M | T | | | | | |
| 2. M.LYNCH READY ASSETS TRUST | A | Dividend | K | T | | | | | |
| 3. RFC STRIPS 0% 4/15/09 | | None | | | Redeemed | 04/15/09 | J | A | |
| 4. RFC STRIPS 0% 7/15/09 | | None | | | Redeemed | 07/15/09 | K | A | |
| 5. RFC STRIPS 0% 10/15/09 | | None | | | Redeemed | 10/15/09 | J | A | |
| 6. RFC STRIPS 0% 1/15/10 | | None | K | T | | | | | |
| 7. RFC STRIPS 0% 4/15/11 | | None | J | T | | | | | |
| 8. RFC STRIPS 0% 7/15/11 | | None | J | T | | | | | |
| 9. RFC STRIPS 0% 4/15/12 | | None | J | T | | | | | |
| 10. RFC STRIPS 0% 10/15/13 | | None | K | T | | | | | |
| 11. RFC STRIPS 0% 10/15/15 | | None | K | T | | | | | |
| 12. US TREAS STRIPS 0% 2/15/09 | | None | | | Redeemed | 02/17/09 | J | A | |
| 13. US TREAS STRIPS 0% 5/15/10 | | None | K | T | | | | | |
| 14. US TREAS STRIPS 0% 11/15/10 | | None | K | T | | | | | |
| 15. US TREAS STRIPS 0% 2/15/11 | | None | K | T | | | | | |
| 16. US TREAS STRIPS 0% 11/15/11 | | None | K | T | | | | | |
| 17. US TREAS STRIPS 0% 8/15/12 | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 5/21/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  US TREAS STRIPS 0% 5/15/13 | | None | K | T | | | | | |
| 19.  US TREAS STRIPS 0% 8/15/13 | | None | K | T | | | | | |
| 20.  US TREAS STRIPS 0% 2/15/14 | | None | K | T | | | | | |
| 21.  US TREAS STRIPS 0% 11/15/14 | | None | K | T | | | | | |
| 22.  FNMA BOND 6.625% 9/15/09 | A | Interest | | | Redeemed | 09/15/09 | J | | |
| 23.  FINANCING CORP STRIPS 0% 2/8/10 | | None | J | T | | | | | |
| 24.  FINANCING CORP STRIPS 0% 5/30/13 | | None | J | T | Buy | 07/30/09 | J | | |
| 25.  FINANCING CORP STRIPS 0% 5/30/14 | | None | K | T | | | | | |
| 26.  FHLMC NOTE 5.125% 7/15/12 | A | Interest | J | T | | | | | |
| 27.  CD R-G PREMIER BK, PR 4.95% 8/31/09 | A | Interest | | | Matured | 08/31/09 | K | | |
| 28.  CD COLONIAL BK, AL 1.2% 3/18/10 | A | Interest | | | Buy | 03/10/09 | L | | |
| 29.  CD COLONIAL BK, AL 1.2% 3/18/10 | | None | | | Redeemed | 08/24/09 | L | | |
| 30.  CD AMEX BK 2.35% 3/18/11 | A | Interest | L | T | Buy | 03/10/09 | L | | |
| 31.  CD HILLCREST BK, KS 4.15% 6/29/12 | A | Interest | J | T | | | | | |
| 32.  AMERICAN GROWTH FUND | A | Distribution | L | T | Buy (add'l) | 10/06/09 | J | | |
| 33.  BLACKROCK LARGE CAP GROWTH | | None | L | T | | | | | |
| 34.  BLACKROCK EQUITY DIV FD | A | Distribution | K | T | Buy | 12/02/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 -$2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 5/21/2010 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. BLACKROCK GLOBAL ALLOC. FD | A | Distribution | K | T | Buy | 12/02/09 | K | | |
| 36. BLACKROCK S&P | A | Distribution | | | Sold | 12/02/09 | L | | |
| 37. COLUMBIA MARSICO GROWTH FD | A | Distribution | L | T | Buy (add'l) | 10/06/09 | J | | |
| 38. DAVIS NY VENTURE FD | A | Distribution | L | T | Buy (add'l) | 10/06/09 | J | | |
| 39. DELAWARE SMALL CAP VALUE FD | | None | | | Sold | 12/02/09 | K | | |
| 40. DELAWARE LTD TERM DIVERSIF. INC | A | Dividend | L | T | Buy | 12/02/09 | L | | |
| 41. FIDELITY ADV DIVERSIFIED INTL FD | A | Dividend | L | T | Buy (add'l) | 09/30/09 | L | | |
| 42. FIDELITY ADV STRGC INCM FD | A | Dividend | | | Sold | 09/30/09 | L | | |
| 43. FIDELITY NEW INSIGHTS FD | | None | L | T | | | | | |
| 44. GOLDMAN SACHS LARGE CAP VALUE FD | A | Distribution | K | T | | | | | |
| 45. HARTFORD FLOATING RATE FD | B | Dividend | L | T | Sold (part) | 09/30/09 | K | | |
| 46. HARTFORD GROWTH FD | | None | L | T | Buy (add'l) | 09/30/09 | K | | |
| 47. J.HANCOCK LG CAP EQ FD | B | Dividend | L | T | Buy (add'l) | 10/06/09 | J | | |
| 48. IVA WORLDWIDE FD | A | Dividend | K | T | Buy | 12/02/09 | K | | |
| 49. JP MORGAN VALUE FD | A | Distribution | L | T | | | | | |
| 50. LOOMIS SAYLES STRTGC INC FD | B | Dividend | L | T | Buy (add'l) | 12/02/09 | K | | |
| 51. MUNDER SMALL CAP VALUE FD | | None | | | Sold | 12/02/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 5/21/2010 |

## VII. INVESTMENTS and TRUSTS — Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NATIXIS INC DIVRSFD FD | A | Dividend | | | Sold | 12/02/09 | K | | |
| 53. NATIXIS GATEWAY FD | A | Dividend | K | T | Buy | 12/02/09 | K | | |
| 54. OPPENHEIMER SMALL & MID CAP VALUE FD | A | Distribution | J | T | | | | | |
| 55. PIMCO TOTAL RETRN FD | B | Dividend | K | T | | | | | |
| 56. TEMPLETON WORLD FD | B | Dividend | L | T | | | | | |
| 57. THORNBURG CORE GROWTH FD | | None | | | Sold | 12/02/09 | K | | |
| 58. THORNBURG CORE GROWTH FD | | None | | | Buy (add'l) | 10/06/09 | J | | |
| 59. VIRTUS MULTISECTOR BONDS | B | Dividend | L | T | | | | | |
| 60. | | | | | | | | | |
| 61. C.SCHWAB MUNI FUND | A | Interest | J | T | | | | | |
| 62. JANUS MIDCAP VALUE FUND (C.SCHWAB) | A | Dividend | J | T | | | | | |
| 63. COACHMAN COMMON STOCK | | None | J | W | | | | | |
| 64. CITY NATIONAL BANK IRA | A | Interest | | | Distributed | 11/09/09 | J | | |
| 65. BEST AMERICAN FUND ANNUITY - IRA (FID.VIP EQUITY) | | None | L | T | | | | | |
| 66. TSA ANNUITIES - JACKSON NATIONAL LIFE | B | Interest | M | T | | | | | |
| 67. MERNAN 145 LTD.INVESTMENT PROPERTY #1 L.A., CA (RESTAURANT) | | None | J | U | | | | | |
| 68. VENWEST DEVELOPMENT LP1- LTD PTR | A | Interest | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 5/21/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 5/21/2010 |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 5/21/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544